KENNETH SHERWOOD, Respondent, v. H. L. & F. MCBRIDE, Appellant. THELMA SHERWOOD, Respondent, v. H. L. & F. MCBRIDE, Appellant.— Appeal from judgments in favor of the plaintiffs, and from orders denying defendant's motions for nonsuit, and motions for new trials, on the ground that the verdicts are against the weight of the evidence. There were questions of fact for the determination of the jury. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.